AO 106 (Rev 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT
4/26/21

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Priority Mail Tracking Number 9505516191211112499099 postmarked April 22, 2021

Case No. 3:21-mj-154

## APPLICATION FOR A SEARCH WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail Package, 9505516191211112499099, addressed to DEVIN SMITH 8826 CABOT DR CINCInnaTi OHIO 45231 with a return address of ROBERTO GARCIA 715 WITMER ST LA CA. 90017.

located in the __Southern__ District of __Ohio__, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Distribution and possession with intent to distribute a controlled substance |
| 21 U.S.C. 846 | Conspiracy to distribute/possess with intent to distribute a controlled substance |
| 21 U.S.C. 843(b) | Use of a communication facility to commit a felony |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Joseph L. Rossiter, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence via facetime.

Date: 04/26/2021

*Judge's signature*

City and state: Dayton, OH

Judge Michael J. Newman, United States District Court
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF PRIORITY MAIL PACKAGE TRACKING NUMBER 9505516191211112499099 | Case No. _____<br><br>Filed Under Seal |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, **Joseph Rossiter**, being first duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been since May 2016. I am presently assigned to the Cincinnati Field Office of the United States Postal Inspection Service, Pittsburgh Division, with investigative responsibility for southeast Indiana and southern Ohio. Part of my responsibility involves investigating the use of the United States Mails in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter, "Drugs and/or Proceeds").

2. Based on my training and experience as a United States Postal Inspector, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Proceeds. Additionally, as a result of prior investigations, law enforcement training, and successful controlled-substance prosecutions involving the use of the United States Mails, I have learned of certain common characteristics and/or circumstances that indicate that a package may contain Drugs and/or Proceeds. These characteristics and circumstances include, but are not necessarily limited to, the following: the mailer uses different post offices on the same day to send packages, the return address is false or non-existent, the addressee is not known to receive mail at the listed delivery address, the

1

package is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanate from the package, and the listed delivery address is located in an area of known or suspected illegal drug activity.

3. On April 26, 2021, I intercepted a package (hereinafter "the Package") at the Cincinnati Network Distribution Center (NDC). The Package is a Priority Mail brown box, bearing tracking number 9505516191211112499099, postmarked April 22, 2021, with the following address information:

> Sender: ROBERTO GARCIA
> 715 WITMER ST
> LA CA. 90017
>
> Addressee: DEViN SMiTH
> 8826 CABOT DR
> CINCInnaTi OHIO
> 45231

Based upon my prior training and experience as a Postal Inspector, I know that Southern California is known as a drug source location.

4. I performed a check in the CLEAR database for the addressee's information which appeared on the Package, to wit: "DEViN SMiTH 8826 CABOT DR CINCInnaTi OHIO 45231." CLEAR is a law enforcement database that is routinely used as a tool for investigators to identify person/business and address information. According to CLEAR, there is no "Devin Smith" associated with the address of 8826 Cabot Dr, Cincinnati, OH 45231.

5. I also performed a check in CLEAR for the sender's information listed on the Package, to wit: "ROBERTO GARCIA, 715 WITMER ST, LA CA. 90017." According to CLEAR, there is no "Roberto Garcia" associated with the address of 715 Witmer St, Los Angeles, CA 90017.

6. On April 26, 2021, at my request, Dayton Police Department Officer Jeremy Stewart conducted a narcotics-detection canine "free air" check of the outside of the Package. I was present during said check. The Package was placed in a controlled area and presented to narcotics-detection canine, "Weston." As set forth in the attached April 26, 2021 affidavit of Officer Stewart, "Weston" alerted positively for the presence or odor of a narcotic or other controlled substance on the Package. "Weston" is a properly trained and certified narcotics-detection canine.

7. Based upon my prior law enforcement training and experience as a United States Postal Inspector, the Package's address information, including (i) no known association between the addressee and the recipient address, (ii) no known association between the sender and return address, and (iii) the positive alert of a narcotics-detection canine are all indicative of and consistent with Drugs and/or Proceeds in the Package.

Therefore, a search warrant to open the Package is requested.

Further, your affiant sayeth naught.

Respectfully submitted,

Joseph L. Rossiter
Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to and before me this 26th day of April, 2021.

JUDGE MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3



UNITED STATES POSTAL INSPECTION SERVICE

PITTSBURGH DIVISION

## OFFICER AFFIDAVIT

I, Officer Jeremy Stewart, am and have been employed by the Dayton Police Department since 2014. Among other duties, I am currently the assigned handler of narcotics detection canine "Weston" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

Marijuana, Cocaine, Methamphetamine, and Heroin

On 4/26/21, at the request of Postal Inspector ROSSITER, I responded to the DAYTON P&DC, where "Weston" did alert to and indicate upon: [describe item]

9505 3161 9121 1112 4990 89
ROBERTO GARCIA     DEVIN SMITH
715 WEIMER ST      5826 CABOT DR
LA CA. 90017       CINCINNATI, OHIO
                   45231

Which, based upon my training and experience and that of "Weston", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____ 28115/4-26-21
(Signature, Badge #, and Date)

_____ 4/26/21
(Witness/Date)

Cincinnati Field Office
895 Central Avenue STE 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8099